IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL NO. 12-127 |
| JOAN FREITAG RYAN | : | |
| | : | |

**JUDGMENT OF ACQUITTAL/NOT GUILTY**

AND NOW, this 19th day of February, 2013, came the attorney for the Government and the defendant being present with counsel, and

[ ]    The Court having granted the defendant's motion for judgment of acquittal as to:

[ ]    A jury has been waived, and the Court has found the defendant not guilty as to:

[**X**]    The jury has returned its verdict, finding the defendant not guilty as to: Counts 2 through 8 of the Indictment.

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(b), Federal Rules of Criminal Procedure.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E. K. PRATTER
United States District Judge

cc:    U.S. Marshal
       Probation Office
       Counsel

Cr 1 (8/80)